# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PURNELL WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-2851** |
| **DEPARTMENT OF SOCIAL SERVICES, STATE OF LOUISIANA, ET AL.** | **SECTION: D (2)** |

## ORDER AND REASONS

The Court, having considered Plaintiff Purnell Williams's Amended Complaint,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] and the failure of the Plaintiff to timely file any objection to the Report and Recommendation,[3] hereby approves the Report and Recommendation and adopts it as its opinion in this matter. In doing so, the Court notes that it has construed Plaintiff Purnell Williams's *pro se* pleading liberally.[4]

**IT IS HEREBY ORDERED** that Plaintiff's 42 U.S.C. § 1983 and 18 U.S.C. § 1341 claims alleged against Defendants Cynthia Allen, Lana Woodard, Robert Trahan, and Daletria Bentley be **DISMISSED with prejudice** as malicious, frivolous, and/or for failure to state a claim for which relief can be granted pursuant 28 U.S.C. §§ 1915 and 1915A.

**IT IS FURTHER ORDERED** that Plaintiff's common law fraud, negligence, and conspiracy to commit fraud claims against all Defendants be **DISMISSED**

---

[1] R. Doc. 5.
[2] R. Doc. 8.
[3] Objections were due October 30, 2023. Because Plaintiff is proceeding *pro se*, the Court has allowed additional time for objections. None have been filed as of the date of this Order.
[4] *See Coleman v. United States*, 912 F.3d 824, 828 (5th Cir. 2019).

**without prejudice** because the Court declines to exercise supplemental jurisdiction under 28 U.S.C. § 1367(c).

    **IT IS FURTHER ORDERED** that Plaintiff's claims against the Louisiana Department of Social Services Child Support Enforcement Section be **DISMISSED without prejudice** in light of Plaintiff's indication that he no longer seeks to pursue claims against this Defendant.

    New Orleans, Louisiana, November 15, 2023.

                                        */s/ Wendy B. Vitter*
                                        **WENDY B. VITTER**
                                        **United States District Judge**